UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SALLY REES wife of, and ROBERT B. REES | * | CIVIL ACTION NO.: 06-3959 |
| Versus | * | SECTION: K |
| PETER LONGORIA, TRANSPORT HAULERS INSURANCE SERVICES, LTD AND USAA CASUALTY INSURANCE COMPANY | * | MAG. 1 |

## ORDER

IT IS ORDERED that plaintiffs' claims against **Peter Longoria, Transport Haulers Insurance Services, Ltd., and Canal Insurance Company** filed in the above numbered and entitled cause be and the same are hereby dismissed, with full prejudice, each party to bear their own costs.

NEW ORLEANS, LOUISIANA, this 28th day of July, 2008.

Stanwood R. Duval, Jr.
United States District Judge

3

299.0298